THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH FERRI, Appellant.

(Argued April 21, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Supreme Court, rendered December 14, 1914, at a Trial Term for the county of Nassau, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Henry L. Maxson* for appellant.

*Lewis J. Smith, District Attorney,* and *Charles R. Weeks* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.